United States Courts
Southern District of Texas
FILED

AO91 (Rev. 12/03)   Criminal Complaint    **Felony**    AUSA    *August 04, 2025*

# UNITED STATES DISTRICT COURT   Nathan Ochsner, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Jose Antonio GONZALEZ-Ortiz
A246 796 332 Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-672

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 03, 2025** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on August 03, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on July 22, 2025. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $1060 Mexican pesos at time of apprehension.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Guzman, Carlos   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

August 04, 2025    at    Brownsville, Texas
Date                        City/State

Ignacio Torteya III        U.S. Magistrate Judge
Name of Judge              Title of Judge

Signature of Judge